UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CHAPTER 13
　　　　　　　　　　　　　　　　　　　　CASE NO. 14-44078-MAR
MATTHEW ALLEN REICHMANN,  JUDGE MARK A RANDON
MELISSA A REICHMANN
Debtors.
_____/

## TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E. D. Mich. LBR 3015-3(a) as follows:

　　1. Upon the completion of direct payments on a 2014 Dodge Ram and a 2014 Chrysler 200, the debtor(s) will have additional funds to devote to payments into the Chapter 13 Plan through the Trustee thereby increasing the debtor's(s') best effort payments.

　　2. Based upon Trustee's calculations, debtor's(s') Plan is underfunded.

　　3. Where there is an inconsistency between Part II.C. of the Chapter 13 Plan and Class 9 of the Chapter 13 Plan, Trustee requires clarification in the Order Confirming Plan that debtor proposes a 100% dividend to unsecured creditors.

　　4. Pursuant to debtor's(s') testimony at the § 341 First Meeting of Creditors with respect to the correct address, Trustee objects to debtor's failure to comply with F.R.Bankr.P. 4002(a)(5).

　　5. The Trustee objects to the following expenses of the debtor(s) (Schedule J) as excessive and unreasonable affecting the net disposable income available to fund the Plan in contravention of 11 USC 1325(a)(3) and/or 11 USC 1325(b):

　　　　a. Real estate taxes - $340.00 (Debtors have moved.)

　　6. As debtor(s) has/have failed to timely commence payments, the Trustee requests a future default provision within debtor's(s') Order Confirming Plan requiring debtor(s) to remit payments timely. Should the debtor(s) fail to remit timely payments the Trustee need only provide a Notice of Default providing debtor(s) with 30 days to cure any delinquent payments, otherwise, the case would be dismissed without hearing upon the Trustee's affidavit.

　　**WHEREFORE,** the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtors' Chapter 13 Plan.

　　　　　　　　　　　　　　　　OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
　　　　　　　　　　　　　　　　Krispen S. Carroll, Chapter 13 Trustee


May 1, 2014　　　　　　/s/ Maria Gotsis
　　　　　　　　　　　　KRISPEN S. CARROLL (P49817)
　　　　　　　　　　　　MARGARET CONTI SCHMIDT (P42945)
　　　　　　　　　　　　MARIA GOTSIS (P67107)
　　　　　　　　　　　　719 Griswold Street
　　　　　　　　　　　　Suite 1100
　　　　　　　　　　　　Detroit, MI  48226
　　　　　　　　　　　　(313) 962-5035
　　　　　　　　　　　　notice@det13ksc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CHAPTER 13
 CASE NO. 14-44078-MAR
MATTHEW ALLEN REICHMANN, JUDGE MARK A RANDON
MELISSA A REICHMANN
Debtors.
_____/

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

PETER A TORRICE PLLC
32059 UTICA RD
FRASER, MI  48026-0000

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

MATTHEW ALLEN REICHMANN
MELISSA A REICHMANN
41953 ALDEN DRIVE
CLINTON TWP, MI  48038-0000

May 6, 2014  /s/ Shannon L. Horton
 Shannon L. Horton
 For the Office of the Chapter 13 Trustee-Detroit
 719 Griswold Street
 Suite 1100
 Detroit, MI  48226
 (313) 962-5035
 notice@det13ksc.com