UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

**IN THE MATTER OF:**

**MATTHEW A. REICHMANN, and**
**MELISSA A. REICHMANN**

CHAPTER 13
CASE NO. 14-44078-MAR
JUDGE: Mark A Randon

Debtor(s).
_____/

## ORDER ADJOURNING HEARING

This matter having come on for hearing on _____6/4/14_____, regarding
*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:*

☒ confirmation of a plan

The parties having agreed to the terms herein, based on the records of the Court, the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

**IT IS HEREBY ORDERED that:**
*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:*

☒ The above referenced matter is adjourned to 8/6/14 @ 9:00 AM.

☒ Debtor(s) shall be 100% current in Plan payments, pursuant to the Trustee's records on or before July 1, 2014

IT IS FURTHER ORDERED that if any of the above is not completed by the date and time specified, the case shall be dismissed without notice or hearing, upon the filing of an Affidavit of Default by the Trustee.

Approved per Local Rules (E.D.M.):

/S/ Krispen S Carroll
Krispen S. Carroll (P49817)
Margaret Conti Schmidt (P42945)
Maria Gotsis (P67107)
Chapter 13 Trustee
719 Griswold
Suite 1100
Detroit, MII 48226
(313) 962-5035
notice@det13ksc.com

Approved as to form and content:

/s/ Peter A. Torrice
CANU TORRICE LAW
Peter A. Torrice (P68242)
Attorney for Debtor
32059 Utica Road
Fraser, MI 48026
(586) 285-1700
torricep@yahoo.com

.

**Signed on June 07, 2014**

　　　　　　　　　　　　　　　　　　　　　___/s/ Mark A. Randon_____
　　　　　　　　　　　　　　　　　　　　　**Mark A. Randon**
　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**