UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:

**Matthew Allen Reichmann,**
**Melissa A Reichmann f/k/a Melissa A. Hardziej,**

Debtor(s).
_____/

Chapter 13

Case No. 14-44078

Hon. Mark A. Randon

### ORDER FOR RELIEF FROM THE AUTOMATIC STAY AND ORDER WAIVING THE PROVISION OF FRBP 4001(a)(3)

**Pursuant to the stipulation between the parties:**

**IT IS HEREBY ORDERED** that the Stay afforded by 11 U.S.C. § 362 is lifted as to Green Tree Servicing LLC, its successors and assigns, with respect to the property located at 29256 Philadelphia, Chesterfield Twp, MI 48051.

**IT IS FURTHER ORDERED** that movant may exercise its remedies available under state law, up to and including foreclosure of its mortgage against the Debtor(s) interest in the Property and, in exercising those rights, movant may contact the Debtor(s) by telephone or by written correspondence. Movant may at its option offer, provide and enter into a forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement and shall be entitled to any attorney fees associated with same in accordance with the contract between the parties

**IT IS FURTHER ORDERED** that any surplus funds resulting from the sale of the property will be turned over to the Chapter 13 Trustee for the benefit of the estate.

**IT IS FURTHER ORDERED** upon entry of this Order, compliance with FRBP 3002.1 is no longer required.

**IT IS FURTHER ORDERED** that notwithstanding Rule 4001(a)(3), Green Tree, its successors and assigns, may execute on its order immediately. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States Bankruptcy Code.

**Signed on July 18, 2014**

                                             **/s/ Mark A. Randon**
                                             **Mark A. Randon**
                                             **United States Bankruptcy Judge**