UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:

MATTHEW A. REICHMANN, and  
MELISSA A. REICHMANN

Chapter 13  
Case No: 14-44078-mar  
Hon. Mark A. Randon

Debtor(s).  
_____/

**ORDER CONFIRMING PLAN**

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of **Canu Torrice Law, PLLC**, Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $ Fees by Application in fees and $Fees by Application in expenses, and that the portion of such claim which has not already been paid, to-wit: $ Fees by Application shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

☑ The Debtor's Plan shall continue for no less than 60 months.

☑ The Debtors' shall remit into the plan 100% all federal income tax refunds to which they become entitled during the pendency of the Plan.

☑ The Debtors' Plan payment shall increase to $867.50 semi-monthly effective March 1, 2016, upon completion of Debtors' obligation to Chrysler Capital.

☑ The Debtors' Plan payment shall increase to $1,055.00 semi-monthly effective March 1, 2017, upon completion of Debtors' obligation to Chrysler Capital.

☑ Creditor Heritage Commons Condominium Association shall have a post-petition claim in the amount of $750.00 through September 4, 2014, exclusive of any legal costs and fees, which shall be paid by Debtor's Plan as an arrearage on a continuing claim.

☑ Creditor Heritage Commons Condominium Association shall have a continuing claim for assessments which accrue after the entry of this Order in the amount of $125.00 per month and shall be paid by the Trustee for so long as Debtor maintains an ownership, equitable, or possessory interest in the property commonly known as 29256 Philadelphia Dr., Chesterfield, MI 48051 (the "Unit").

☑ Upon receipt of the Recorded Sheriffs Deed with the Macomb County Register of Deeds, Creditor Heritage Commons Condominium Association shall provide the Trustee a copy of said Recorded Sheriff Sale Deed at which time the Trustee shall cease making payments of assessments to Creditor Heritage Commons Condominium Association which accrue after the execution of the Sheriff Sale Deed. Should Creditor Heritage Commons Condominium Association fail to provide the Trustee a copy of the Recorded Sheriff Sale Deed, the debtors may provide the Trustee with a copy.

- ☒ Any of the post-petition assessments due Heritage Commons Condominium Association not paid through the Debtors' Plan shall be non-dischargeable in this case.

- ☒ The unsecured creditors shall receive no less than $66,076.20 based upon the means test requirement.

- ☒ In the event the Trustee is not timely provided a copy of the Recorded Sheriff Sale Deed, the Trustee shall have no obligation or duty to recoup any payments or disbursements made to Heritage Commons.

**Objections Withdrawn:**

/s/ Maria Gotsis
Krispen S. Carroll, Trustee
Chapter 13 Standing Trustee
719 Griswold St.
1100 Chrysler House
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

/s/ Peter A. Torrice
PETER A. TORRICE (P68242)
Attorney for Debtor(s)
32059 Utica Rd.
Fraser, MI 48026
(586) 285-1700
torricep@yahoo.com

/s/ Catherine Deciecchi-Slagle
Catherine Deciechi-Slagle
Attorney for Heritage Commons Condominium Association
PO Box 380765
Clinton Township, MI 48038
(586) 439-0619
catherined@michigancollectionlawfirm.com

**Signed on September 20, 2014**

                                                         /s/ Mark A. Randon
                                                         **Mark A. Randon**
                                                         **United States Bankruptcy Judge**