UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

MATTHEW A. REICHMANN, and            Chapter 13
MELISSA A. REICHMANN            Case No: 14-44078-mar
          Hon. Mark A. Randon

Debtor(s).
_____/

## NOTICE OF PROPOSED POST-CONFIRMATION PLAN MODIFICATION

Matthew A. Reichmann and Melissa A. Reichmann have filed papers with the Court to modify their confirmed Chapter 13 Plan.

An Order Confirming Plan was entered on September 20, 2014. At the time the Debtors' Plan was confirmed, the Debtors plan payment was $637.50 semi-monthly. Mrs. Reichmann's income has decreased by approximately 33% since this Chapter 13 case was filed. As a result, the Debtors require a lower Chapter 13 plan payment (proof of same has been sent to the Trustee). The Debtors now wish to lower their plan payment to $296.00 semi-monthly in order to accommodate their change in circumstances.

Accordingly, the Debtor proposes to modify the confirmed Plan pursuant to L.B.R. 3015-2(b) as follows:

- Decrease Debtors' Plan Payment to $296.00 semi-monthly;
- Increase Debtors' Plan payment to $526.00 semi-monthly, instead of $867.50 semi-monthly, effective March 1, 2016;
- Increase Debtors' Plan payment to $713.50 semi-monthly, instead of $1,055.00 semi-monthly, effective March 1, 2017;
- Decrease the Class 9 dividend from $66,076.20 to approximately $48,185.

Pursuant to L.B.R. 3015-2(b), Guideline #6, the above proposed plan modification will not have an adverse impact on creditors in Classes 1, 2, 3,4, 5, 6, 7 or 8. The above proposed plan modification will have an adverse impact on creditors in Class 9.

(See attached liquidation analysis, worksheet and plan calculation)

In all other respects, the Order Confirming Plan referred to above shall remain in full force and effect.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to allow the Amended Proposed Post-Confirmation Plan Modification, or if you want the Court to consider your views on the Amended Proposed Post-Confirmation Plan Modification, within twenty one (21) days from the date of service of the Notice, you or your attorney must:

1. File with the Court a written response or request for hearing, explaining your position at:[1]

    United States Bankruptcy Court
    211 West Fort Street, Suite 2100
    Detroit, Michigan 48226

    If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it within the above-stated time period.

---

[1] Response or answer must comply with Fed. R. Civ. P.8(b)(c) and (e)

2. Mail a copy to:

| | |
|---|---|
| Krispen S. Carroll | Peter A. Torrice |
| Chapter 13 Standing Trustee | Canu Torrice Law, PLLC |
| 719 Griswold | 32059 Utica Rd. |
| 1100 Dime Bldg. | Fraser, MI 48026 |
| Detroit, MI 48226 | |

3. If a response or request for hearing is timely filed and served, the clerk will schedule a hearing on the Notice of Proposed Post-Confirmation Plan Modification and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Notice and may allow the modification.**

                                                CANU, TORRICE LAW, PLLC

                                                /s/ Peter A. Torrice
                                                PETER A. TORRICE (P68242)
                                                32059 Utica Rd.
                                                Fraser, MI   48026
                                                (586) 285-1700
                                                torricep@yaho.com

Dated: November 25, 2014